# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT GERMAN,

        Plaintiff,

-vs-                 Case No. 6:08-cv-845-Orl-22GJK

STEVEN SOSA and BRIAN PAPARO,

        Defendants.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S OBJECTION TO THE IMPOSITION OF COSTS AND MOTION TO STAY THE IMPOSITION OF COSTS (Doc. No. 66)** |
| **FILED:** | January 21, 2010 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** *as unopposed*, the case be stayed and the Clerk be directed to administratively close the case. | |

  On January 21, 2010, Plaintiff filed an Objection to the Imposition of Costs and Motion to Stay the Imposition of Costs ("Motion"). Doc. No. 66. Plaintiff requests a stay on the imposition of costs until a final decision is rendered on appeal. *Id.* The Motion is unopposed. Accordingly, it is RECOMMENDED that

1. The Motion (Doc. No. 66) be GRANTED as unopposed;

2. The case be STAYED pending appeal; and

1

3. The Clerk be directed to administratively close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 8, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE