# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT GERMAN,**

       **Plaintiff,**

**-vs-**                                                  **Case No. 6:08-cv-845-Orl-22GJK**

**STEVEN SOSA and BRIAN PAPARO,**

       **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff's Objection to the Imposition of Costs and Motion to Stay the Imposition of Costs (Doc. No. 66) filed on January 21, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted as unopposed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. The Court notes that the Bill of Costs was filed January 11, 2010 (Doc. No. 64), and improperly taxed the following day (Doc. No. 65). See, Rule 54(d)(1), Fed.R.Civ.P., as amended December 1, 2009.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 8, 2010 (Doc. No. 74) is ADOPTED to the extent set forth in this Order.

2. Plaintiff's Objection to the Imposition of Costs and Motion to Stay the Imposition of Costs (Doc. No. 66) is GRANTED.

3. The Bill of Costs taxed against Plaintiff (Doc. No. 65) is hereby VACATED.

4. Defendants are given leave to file a renewed Bill of Costs within fourteen days of the mandate issuing from the Eleventh Circuit Court of Appeals, or dismissal of the appeal.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 24, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge